IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES KIRKLAND,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHCARE, LLC,<br>CREMATION SOCIETY OF<br>THE SOUTH, LLC, and<br>DANIEL THOMPSON,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:17-cv-00612-TCB |

## ORDER APPROVING SETTLEMENT
## AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Approve Settlement and Dismissal with Prejudice. For good cause shown, it is hereby ORDERED that the settlement of this matter is approved and the above matter is dismissed with prejudice.

SO ORDERED, this 14th day of June, 2017.

_____
HONORABLE TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE